11/15/07
WILLIE WEAVER
J-91389 B-2-210
PELICAN BAY STATE
PRISON P.O. Box 7000
CRESCENT CITY, CA.
95531.

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIE WEAVER,

  PLAINTIFF,

VS.

PELICAN BAY STATE PRISON,

  DEFENDANT(S).

CASE NO. CV-07-5335 JW (PR)

AFFIDAVIT FOR EXTENSION OF TIME

YOUR HONORABLE JUDGE:
OFFICE OF THE CLERK:

PLAINTIFF WILLIE WEAVER HEREBY DECLARE UNDER PENALTY OF PERJURY THAT I AM REPRESENTIVE IN THIS PROPRIA PERSONAM DUE TO LIMITED COOPORATION FROM TRUST OFFICE, AND LEGAL LAW LIBRARY. PLAINTIFF CANNOT FILE THE APPLICATION TO PROCEED IN FORMA PAUPERIS. IN VIEW OF THE FORGOING PLAINTIFF REQUEST AN EXTENSION OF 30 DAYS AND TO INCLUDING NEW DEADLINES IN WHICH TO FILE APPLICATION TO PROCEED IN FORMA PAUPERIS.

Willie Weaver
SIGNATURE

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIE WEAVER,
                PLAINTIFF,
VS.

PELICAN BAY STATE PRISON,
                DEFENDANT(S).

CASE NO. CV-07-5335 JW (PR)

PROOF OF SERVICE

I hereby certify that on 11/15/07, I served a copy of the attached THREE EXACT AFFIDAVIT FOR EXTENSION OF TIME by placing a copy in a postage paid envelope addressed to the person(s) here in after listed, by depositing said envelope in the United States Mail at: PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY, CA. 95531.

(LIST NAME AND ADDRESS OF EACH DEFENDANT OR ATTORNEY SERVED) OFFICE OF THE CLERK IN THE UNITED STATES DISTRICT FOR THE NORTHERN DISTRICT OF CALIFORNIA 450 GOLDEN GATE AVENUE SAN FRANCISCO, CA. 94102

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

                                    Willie Weaver
                                    SIGNATURE