LLIE WEAVER
91389  B-2-210
LICAN BAY STATE
SON P.O. BOX 7000
ESCENT CITY, CA.
　　　　95531.

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532



02 1M      $ 00.41⁰
0004217666   NOV 21 2007
MAILED FROM ZIP CODE 95531

**PELICAN BAY**
**P.S.U. UNIT B-2**

CONFIDENTIAL
LEGAL MAIL

9410233661 0004

CASE NO. CV-07-5335
JW (PR) OFFICE OF THE
CLERK IN THE UNITED
STATES DISTRICT COURT
FOR THE NORTHERN
DISTRICT OF CALIFORNIA
450 GOLDEN GATE
AVE.
SAN FRANCISCO, CA. 9410