FILED

NOV - 2007

CLERK, U.
NORTHERN DISTRICT OF CA.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WILLIE WEAVER
          Plaintiff,

CASE NO. C-07-5335 JW (PR)

vs.

PELICAN BAY STATE PRISON
          Defendant.

**PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS**

I, WILLIE WEAVER, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.   Are you presently employed?  Yes ___  No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____   Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____SACRAMENTO AIRPORT 300 WEEKLY_____
5  _____1200 MONTHLY_____
6  _____

7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9    a.   Business, Profession or           Yes ___ No ✓
10       self employment
11   b.   Income from stocks, bonds,        Yes ___ No ✓
12       or royalties?
13   c.   Rent payments?                    Yes ___ No ✓
14   d.   Pensions, annuities, or           Yes ___ No ✓
15       life insurance payments?
16   e.   Federal or State welfare payments, Yes ___ No ✓
17       Social Security or other govern-
18       ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____

23  3.   Are you married?                   Yes ___ No ✓
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.   a.   List amount you contribute to your spouse's support: $_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS            - 2 -

1       b.     List the persons other than your spouse who are dependent upon you for
2             support and indicate how much you contribute toward their support. (NOTE:
3             For minor children, list only their initials and ages. DO NOT INCLUDE
4             THEIR NAMES.).

5 _____

6 _____

7 5.     Do you own or are you buying a home?     Yes \_\_\_ No ✓

8 Estimated Market Value: $_____ Amount of Mortgage: $_____

9 6.     Do you own an automobile?     Yes \_\_\_ No ✓

10 Make _____ Year _____ Model _____

11 Is it financed? Yes \_\_\_\_\_ No ✓ If so, Total due: $_____

12 Monthly Payment: $_____

13 7.     Do you have a bank account? Yes \_\_\_\_ No ✓ (Do <u>not</u> include account numbers.)

14 Name(s) and address(es) of bank: _____

15 _____

16 Present balance(s): $_____

17 Do you own any cash? Yes \_\_\_ No ✓ Amount: $_____

18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes \_\_\_ No ✓

20 _____

21 8.     What are your monthly expenses?

22 Rent: $_____ Utilities: _____

23 Food: $_____ Clothing: _____

24 Charge Accounts:

25 <u>Name of Account</u>          <u>Monthly Payment</u>          <u>Total Owed on This Acct.</u>

26 _____ $_____ $_____

27 _____ $_____ $_____

28 _____ $_____ $_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 3 -

1 | 9.  Do you have any other debts? (List current obligations, indicating amounts and to
2 | whom they are payable. Do not include account numbers.)
3 | _____
4 | _____
5 | 10.  Does the complaint which you are seeking to file raise claims that have been presented
6 | in other lawsuits?   Yes ___   No ✓
7 | Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8 | which they were filed.
9 | _____
10 | _____
11 |     I consent to prison officials withdrawing from my trust account and paying to the court
12 | the initial partial filing fee and all installment payments required by the court.
13 |     I declare under the penalty of perjury that the foregoing is true and correct and
14 | understand that a false statement herein may result in the dismissal of my claims.

    11/06/07                     Willie Weaver
    DATE                         SIGNATURE OF APPLICANT

PRIS. APP. TO PROC. IN FORMA PAUPERIS       - 4 -

C 07 5335

(PR)
JW

## U.S. District Court Northern California

## ECF Registration Information Handout

The case you are participating in has been designated for this court's Electronic Case Filing (ECF) Program, pursuant to Civil Local Rule 5-4 and General Order 45. **This means that you must** (check off the boxes ☑ when done):

☑ **1) Serve this** ECF Registration Information Handout on **all** parties in the case along with the complaint, or for removals, the removal notice. DO NOT serve the efiler application form, just this handout.

<u>Each attorney representing a party must also</u>:

☑ **2) Register** to become an efiler by filling out the efiler application form. Follow ALL the instructions on the form carefully. If you are already registered in this district, <u>do not</u> register again, your registration is valid for life on all ECF cases in this district.

☑ **3) Email** (do not efile) the complaint and, for removals, the removal notice and all attachments, in PDF format within ten business days, following the instructions below. You do not need to wait for your registration to be completed to email the court.

☑ **4) Access** dockets and documents using **PACER** (Public Access to Court Electronic Records). If your firm already has a PACER account, please use that - it is not necessary to have an individual account. PACER registration is free. If you need to establish or check on an account, visit: **http://pacer.psc.uscourts.gov** or call **(800) 676-6856**.

BY SIGNING AND SUBMITTING TO THE COURT A REQUEST FOR AN ECF USER ID AND PASSWORD, YOU CONSENT TO ENTRY OF YOUR E-MAIL ADDRESS INTO THE COURT'S ELECTRONIC SERVICE REGISTRY FOR ELECTRONIC SERVICE ON YOU OF ALL E-FILED PAPERS, PURSUANT TO RULES 77 and 5(b)(2)(D) (eff. 12.1.01) OF THE FEDERAL RULES OF CIVIL PROCEDURE.

All subsequent papers submitted by attorneys in this case shall be filed electronically. Unrepresented litigants must file and serve in paper form, unless prior leave to file electronically is obtained from the assigned judge.

ECF registration forms, interactive tutorials and complete instructions for efiling may be found on the ECF website: **http://ecf.cand.uscourts.gov**